

# THE THIRTEENTH COURT OF APPEALS

## 13-13-00434-CR

THE STATE OF TEXAS
v.
HERBERT JARMON

On Appeal from the
County Court at Law No 4 of Nueces County, Texas
Trial Cause No. 2012-CR-1273-4

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be reversed. The Court orders the judgment of the trial court REVERSED and Appellee's conviction REINSTATED.

We further order this decision certified below for observance.

March 20, 2014